No. 932. VILES ET AL. *v.* PRUDENTIAL INSURANCE CO. March 16, 1942. Petition for writ of certiorari to the Cir-

cuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Edmond L. Viles* and *Frances N. Viles, pro se. Mr. Horace Phelps* for respondent.